834 F.2d 1026
 Grayson (Melvyn L.), Craig (Clifford, Sr.), McDowell
(Rochelle W.), Copeland (Render, II)
v.
Baker (James K.), Arrington (Richard, Jr.), City of
Birmingham, Bell (Roosevelt, William A.), Blankenship
(E.L.), Coleman (Linda), Collins (Bettye Fine), Germany
(Jeff), Herring (David S.), Myers (Bill), Yarbrough (Russell)
 NO. 87-7002
 United States Court of Appeals,
Eleventh Circuit.
 AUG 03, 1987
 
 1
 Appeal From: N.D.Ala.
 
 
 2
 DISMISSED.